# First District Court of Appeal
## State of Florida

———————————————

No. 1D2025-1144

———————————————

Jeremy McBryan,

Appellant,

v.

Florida Commission on
Ethics,

Appellee.

———————————————

On appeal from the Florida Commission on Ethics.
Luis M. Fuste, Chair.

August 6, 2025

Per Curiam.

The Court grants Appellee's motion to dismiss filed July 9, 2025.

Roberts, M.K. Thomas, and Long, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jeremy McBryan, pro se, Appellant.

Grayden P. Schafer and Steven Zuilkowski, Commission on Ethics, Tallahassee, for Appellee.